JACOB MEISTER  (Illinois Bar No. 6205106)
Jacob Meister
**JACOB MEISTER & ASSOCIATES**
65 East Wacker Place, Suite 2300
Chicago, IL 60601
Telephone: (312) 201-6555
Facsimile: (312) 278-0857
Jacob@meisterlaw.com

Brian E. Soriano (Cal. Bar. No. 183865)
Local Counsel
**GOLDSTEIN, GELLMAN, MELBOSTAD & HARRIS, LLP**
1388 Sutter Street, Suite 1000
San Francisco CA 94109-5494
Telephone: (415) 673-5600
Facsimile: (415) 673-5606
BSoriano@g3mh.com
*Attorneys for Defendant Steve Moser*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SETH GLADSTONE, an individual, STEVE MOSER, an individual, et al<br><br>Defendants. | Case No. 10-CV-03450-TEH<br><br>Hon. Thelton E. Henderson<br><br>~~PROPOSED~~ ORDER GRANTING CONTINUANCE OF HEARING DATE AND REPLY PLEADING DEADLINE |

The Stipulation to continue the Hearing Date on Defendant Steve Moser's Motion to Dismiss Plaintiff's Complaint and for an extension of time to file a Reply in Support of the Motion to Dismiss Plaintiff's Complaint coming before this Court and the Court having read and considered the Stipulation, **IT IS HEREBY ORDERED THAT:**

1. The Hearing on the Motion to Dismiss is rescheduled to Monday, February 7, 2011, at 10:00 A.M.
   1.

2.  Defendant Steve Moser has until Monday, January 24, 2011 to file his Reply in Support of the Motion to Dismiss the Complaint.

Date: __1/11/11_____

_____
Hon. Thelton E. Henderson
United States District Judge
Northern District of California

2.

43624B:7434-00

**Proposed Order**
**10-CV-03450-TEH**