IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNTAIR, INC., and CLPK, INC.,

    Plaintiffs,

v.

SETH GLADSTONE, et al.,

    Defendants.

NO. C10-3450 TEH

ORDER RE-OPENING CASE
AND SETTING CASE
MANAGEMENT CONFERENCE

    Following a settlement conference with Magistrate Judge Zimmerman, who indicated that this case settled, this Court entered a conditional dismissal order on February 28, 2011. Plaintiffs' counsel filed a letter on March 4, 2011, asking that the dismissal be withdrawn as premature. Although the Court does not ordinarily enter orders based solely on letters rather than properly filed motions, it will do so in this instance. With good cause appearing, IT IS HEREBY ORDERED that:

    1. The February 28, 2011 conditional dismissal order is withdrawn. The Clerk shall re-open the case file.

    2. The parties shall meet and confer and file a joint case management statement on or before **April 4, 2011.** This statement shall include a discussion of whether the settlement agreements have been finalized or if this case must be set for trial and, if so, a proposed trial schedule. If the settlement agreements have been finalized but dismissal papers have not yet been filed, the statement shall include a firm schedule for filing dismissal papers.

//

//

3. Unless otherwise ordered, the parties shall appear in person for a case management conference on **April 11, 2011, at 1:30 PM.**

**IT IS SO ORDERED.**

Dated:   03/08/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2