**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:    415-675-3434
Email:          james.goldberg@bryancave.com
                     tracy.talbot@bryancave.com

Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH GLADSTONE, an individual; STEVE MOSER, an individual; LORNA GLADSTONE, an individual; DAVID LANGER, an individual; L4 STRATEGIES, INC., a California corporation d/b/a RELIANT COMPONENTS AND SERVICES; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>and<br><br>SETH GLADSTONE, an individual<br><br>Counterclaimant,<br><br>vs.<br><br>HUNTAIR, INC., a Delaware corporation<br><br>Counterdefendant, | Case No. 3:10-cv-03450-TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION EXTENDING COUNTERDEFENDANT'S TIME TO RESPOND TO COUNTERCLAIM** |

## STIPULATION

Plaintiff and Counterdefendant Huntair, Inc. ("Huntair") and Defendant and Counterclaimant Seth Gladstone ("Gladstone") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Gladstone filed and served a counterclaim against Huntair on February 23, 2011 ("Counterclaim").

2. Huntair's response to the Counterclaim is currently due on or before March 21, 2011.

3. The Parties attended a Settlement Conference on February 24, 2011, and are currently negotiating a settlement agreement.

4. The Parties hereby stipulate and agree that Huntair's deadline to respond to the Counterclaim shall be extended thirty (30) days. Accordingly, in the event a settlement is not finalized, Huntair's response to the Counterclaim shall be filed and served on or before April 20, 2011.

**IT IS SO STIPULATED.**

Dated: March 17, 2011          **BRYAN CAVE LLP**


By:   /s/ Tracy M. Talbot
      Tracy M. Talbot
Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

Dated: March 17, 2011          **HOLME, ROBERTS, AND OWEN LLC**


By:   /s/ Meryl Macklin
      Meryl Macklin
Attorneys for Defendants
SETH GLADSTONE and LORNA GLADSTONE

Meryl Macklin (Cal. Bar No. 115053)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
meryl.macklin@hro.com

1  I, Tracy M. Talbot, attest that the content of this document is acceptable to all persons required to sign the document.

   /s/ Tracy M. Talbot



03/18/2011

IT IS SO ORDERED

Judge Thelton E. Henderson