**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:      415-675-3400
Facsimile:      415-675-3434
Email:         james.goldberg@bryancave.com
               tracy.talbot@bryancave.com

Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

[Complete list of Defendants and their counsel on signature pages]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company, | Case No. 3:10-cv-03450-TEH |
| | Hon. Thelton E. Henderson |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| vs. | |
| SETH GLADSTONE, an individual; STEVE MOSER, an individual; LORNA GLADSTONE, an individual; DAVID LANGER, an individual; L4 STRATEGIES, INC., a California corporation d/b/a RELIANT COMPONENTS AND SERVICES; and DOES 1 through 20, inclusive, | Date:  April 11, 2011<br>Time:  1:30 p.m.<br>Ctrm:  12 |
| Defendants. | |
| and | |
| SETH GLADSTONE, an individual | |
| Counterclaimant, | |
| vs. | |
| HUNTAIR, INC., a Delaware corporation | |
| Counterdefendant, | |

### STIPULATION

Plaintiffs Huntair, Inc. and CLPK, LLC and Defendants Seth Gladstone, Lorna Gladstone, Steve Moser, David Langer, and L4 Strategies, Inc. d/b/a Reliant Components and Services (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

1.    A case management conference is currently scheduled for April 11, 2011, at 1:30 p.m.

2.    Due to conflicting schedules, the Parties hereby stipulate and request the Court continue the case management conference to April 18, 2011, at 1:30 p.m. in Courtroom 12, 19th Floor.

3.    The Parties are in discussions to finalize settlement agreements, and the continuance requested herein would not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  March 30, 2011          **BRYAN CAVE LLP**


By:  /s/ Tracy Talbot
Tracy M. Talbot
Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

Dated:  March 30, 2011          **HOLME, ROBERTS, AND OWEN LLC**


By:  /s/ Meryl Macklin
Meryl Macklin
Attorneys for Defendants
SETH GLADSTONE and LORNA GLADSTONE

Meryl Macklin (Cal. Bar No. 115053)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
meryl.macklin@hro.com

1  Dated: March 30, 2011                          **LAW OFFICES OF THOMAS M. BRUEN**

2

3                                                  By:  /s/ Thomas M. Bruen
                                                        Thomas M. Bruen
4                                                  Attorneys for Defendants
                                                   DAVID LANGER and L4 STRATEGIES
5
                                                   Thomas M. Bruen (Cal. Bar No. 63324)
6                                                  LAW OFFICES OF THOMAS M. BRUEN
                                                   A Professional Corporation
7                                                  1990 N. California Boulevard, Suite 940
                                                   Walnut Creek, CA 94596
8                                                  Telephone: (925) 295-3131
9                                                  tbruen@sbcglobal.net

10 Dated: March 30, 2011                          **GOLDSTEIN, GELLMAN, MELBOSTAD &
                                                   HARRIS, LLP**
11

12                                                 By: /s/ Brian E. Soriano
                                                        Brian E. Soriano
13
14                                                 Attorneys for Defendant
                                                   STEVE MOSER
15
                                                   Brian E. Soriano (Cal. Bar. No. 183865)
16                                                 GOLDSTEIN, GELLMAN, MELBOSTAD &
                                                   HARRIS, LLP
17                                                 1388 Sutter Street, Suite 1000
                                                   San Francisco CA 94109-5494
18                                                 Telephone: (415) 673-5600
19                                                 Facsimile: (415) 673-5606
                                                   Bsoriano@g3mh.com
20

21          I, Tracy M. Talbot, attest that the content of this document is acceptable to all

22 persons required to sign the document.

23                                                  ___/s/ Tracy M. Talbot_____

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1

**[~~PROPOSED~~] ORDER**

2

3
    Pursuant to the Stipulation, **IT IS SO ORDERED**.  The case management conference

shall be continued to April 25, 2011, at 1:30 p.m. in Courtroom 12, 19th Floor.

4

5
Date: _____    03/31/2011

6
                                    _____
                                    Judge Thelton E. Henderson
                                    U.S. District Court Judge for the
7                                   Northern District of California

8
The parties shall file a joint case management conference statement, or stipulation of dismissal

9
with a proposed order, on or before April 18, 2011.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28