**BRYAN CAVE LLP**
Mark S. Deiermann, Missouri Bar No. 31521  (*admitted pro hac vice*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone:    314-259-2000
Facsimile:    314-259-2020
Email:        mdeiermann@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:    415-675-3400
Facsimile:    415-675-3434
Email:        james.goldberg@bryancave.com
              tracy.talbot@bryancave.com

Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>SETH GLADSTONE, an individual; STEVE MOSER, an individual; LORNA GLADSTONE, an individual; DAVID LANGER, an individual; L4 STRATEGIES, INC., a California corporation d/b/a RELIANT COMPONENTS AND SERVICES; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br>SETH GLADSTONE, an individual<br>    Counterclaimant,<br><br>vs.<br><br>HUNTAIR, INC., a Delaware corporation<br>    Counterdefendant, | Case No. 3:10-cv-03450-TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION EXTENDING COUNTERDEFENDANT'S TIME TO RESPOND TO COUNTERCLAIM; [PROPOSED] ORDER** |

SF01DOCS\31118.1
STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM; Case No.. 3:10-CV-03450-TEH

## **STIPULATION**

Plaintiff and Counterdefendant Huntair, Inc. ("Huntair") and Defendant and Counterclaimant Seth Gladstone ("Gladstone") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Gladstone filed and served a counterclaim against Huntair on February 23, 2011 ("Counterclaim").

2. Huntair's response to the Counterclaim was originally due on or before March 21, 2011.

3. On March 18, 2011, the Court issued an order pursuant to the Parties' previous stipulation to extend Huntair's deadline to respond to the Counterclaim. Huntair's response to the Counterclaim is currently due on or before April 20, 2011.

5. As set forth in the Joint Case Management Statement filed on April 18, 2011, the Parties are engaged in ongoing settlement discussions and have contacted Magistrate Zimmerman to schedule a telephone conference to discuss the outstanding settlement issues.

6. To allow additional time to finalize a settlement agreement, the Parties hereby stipulate and agree that Huntair's deadline to respond to the Counterclaim shall be extended thirty (30) days. Thus, in the event a settlement is not finalized, Huntair's response to the Counterclaim shall be filed and served on or before May 20, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 19, 2011      **BRYAN CAVE LLP**


By: */s/ Tracy M. Talbot*
      Tracy M. Talbot
Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

| | |
|---|---|
| Dated: April 19, 2011 | **HOLME, ROBERTS, AND OWEN LLP** |
| | By: */s/ Meryl Macklin* |
| | Meryl Macklin |
| | Attorneys for Defendants |
| | SETH GLADSTONE and LORNA GLADSTONE |
| | |
| | Meryl Macklin (Cal. Bar No. 115053) |
| | HOLME ROBERTS & OWEN LLP |
| | 560 Mission Street, 25th Floor |
| | San Francisco, CA 94105-2994 |
| | Telephone: (415) 268-2000 |
| | Facsimile: (415) 268-1999 |
| | meryl.macklin@hro.com |

I, Tracy M. Talbot, attest that the content of this document is acceptable to all persons required to sign the document.

*/s/ Tracy M. Talbot*

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation, **IT IS SO ORDERED**. Huntair's response to the Counterclaim shall be filed and served on or before May 20, 2011.

Date: 04/20/2011

Honorable Thelton H.
District ~~~~~~ District of
California

*[Signature: Thelton Henderson]*
Judge Thelton E. Henderson