UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HUNTAIR, INC.; CLPK, LLC,<br><br>            Plaintiff(s),<br><br>      v.<br><br>SETH GLADSTONE, et al.,<br><br>            Defendant(s). | No. C10-3450 TEH (BZ)<br><br>**ORDER SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED** that a conference to try to resolve the various disputes that have arisen in connection with the settlement agreements is scheduled for **Monday, May 2, 2011 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The parties need not attend in person.  If they do not attend, they must be on telephone standby.

**IT IS FURTHER ORDERED** that:

    1.  Mr. Bruen need not attend if he can resolve the dispute as to Langer and L4 Strategies as suggested in his April 21,

1

2011 letter.

2. Counsel for the Gladstones shall bring a complete copy of the tax return to this conference.

3. Counsel for Moser shall state Moser's position in writing by **Wednesday, April 27, 2011**.

Dated: April 25, 2011

                                            Bernard Zimmerman
                                    United States Magistrate Judge