IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNTAIR, INC., and CLPK, INC.,

    Plaintiffs,

v.

SETH GLADSTONE, et al.,

    Defendants.

NO. C10-3450 TEH

ORDER CONTINUING MAY 23, 2011 CASE MANAGEMENT CONFERENCE

With good cause appearing, the May 23, 2011 case management conference ("CMC") is hereby CONTINUED to **July 18, 2011, at 1:30 PM.** By that time, the Court expects that Defendants Seth Gladstone, Lorna Gladstone, and Steve Moser will have been dismissed from this case, and only Defendants David Langer and L4 Strategies, Inc. will remain.

Counsel shall meet and confer and file a joint CMC statement on or before **July 11, 2011,** that discusses how to proceed with the remaining Defendants and proposes control dates for the Court's calendar. Unless otherwise ordered, counsel may appear at the CMC telephonically. Dismissed parties need not appear at the case management conference or participate in the filing of the joint statement.

**IT IS SO ORDERED.**

Dated: 05/19/11

    THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT