**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
Email:        james.goldberg@bryancave.com
              tracy.talbot@bryancave.com

Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>SETH GLADSTONE, an individual; STEVE MOSER, an individual; LORNA GLADSTONE, an individual; DAVID LANGER, an individual; L4 STRATEGIES, INC., a California corporation d/b/a RELIANT COMPONENTS AND SERVICES; and DOES 1 through 20, inclusive,<br><br>    Defendants | Case No. 3:10-cv-03450-TEH<br><br>Hon. Thelton E. Henderson<br><br>**PLAINTIFFS HUNTAIR, INC. AND CLPK, LLC'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVE MOSER**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)] |

1  TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, NOTICE
2  IS HEREBY GIVEN THAT Huntair, Inc. and CLPK, LLC voluntarily dismiss the above-
3  captioned action with prejudice as to all claims asserted against Defendant Steve Moser only,
4  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

6  Dated: May 17, 2011                              Respectfully submitted,
7                                                   **BRYAN CAVE LLP**
8
                                                    By:      */s/* James Goldberg
9                                                        James Goldberg
                                                         Attorneys for Plaintiffs
10                                                       HUNTAIR, INC. and CLPK, LLC



SF01DOCS32884                                    2
VOLUNTARY DISMISSAL OF STEVE MOSER; CASE NO. 3:10-CV-03450-TEH