**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:    415-675-3434
Email:         james.goldberg@bryancave.com
                   tracy.talbot@bryancave.com

Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNTAIR, INC., a Delaware corporation, and CLPK, LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>vs.<br><br>SETH GLADSTONE, an individual; STEVE MOSER, an individual; LORNA GLADSTONE, an individual; DAVID LANGER, an individual; L4 STRATEGIES, INC., a California corporation d/b/a RELIANT COMPONENTS AND SERVICES; and DOES 1 through 20, inclusive,<br><br>           Defendants | Case No. 3:10-cv-03450-TEH<br><br>Hon. Thelton E. Henderson<br><br>**PLAINTIFFS HUNTAIR, INC. AND CLPK, LLC AND DEFENDANTS SETH GLADSTONE AND LORNA GLADSTONE'S NOTICE OF MUTUAL VOLUNTARY DISMISSAL**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)] |

TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, NOTICE IS HEREBY GIVEN THAT Plaintiffs Huntair, Inc. and CLPK, LLC and Defendants Seth Gladstone and Lorna Gladstone voluntarily dismiss the above-captioned action with prejudice as to all claims and counterclaims asserted between them only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 3, 2011                                Respectfully submitted,

**BRYAN CAVE LLP**

By: _____/s/ James Goldberg_____
James Goldberg
Attorneys for Plaintiffs
HUNTAIR, INC. and CLPK, LLC

**HOLME ROBERTS & OWEN LLP**

By: _____/s/ Meryl Macklin_____
Meryl Macklin
Attorneys for Defendants Seth and Lorna Gladstone



IT IS SO ORDERED
06/06/201
Judge Thelton E. Henderson