IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNTAIR, INC., and CLPK, INC.,

    Plaintiffs,

v.

SETH GLADSTONE, et al.,

    Defendants.

NO. C10-3450 TEH

ORDER CONTINUING JULY 18, 2011 CASE MANAGEMENT CONFERENCE

The remaining parties have jointly requested that the Court continue the upcoming case management conference to April 16, 2012. However, unless a case has been set for trial, the Court's practice is to have a control date at least once every 90 or 120 days. Accordingly, with good cause appearing, the July 18, 2011 case management conference ("CMC") is hereby CONTINUED to **November 14, 2011, at 1:30 PM.** Counsel shall meet and confer and file a joint CMC statement on or before **November 7, 2011**. If the Court does not grant a further continuance of the CMC, counsel may appear at the CMC telephonically unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 07/14/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT